| | |
|---|---|
| 1 | Mark E. McKane, State Bar No. 230552 |
| 2 | Christopher W. Keegan, State Bar No. 232045<br>mmckane@kirkland.com |
| 3 | ckeegan@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 4 | 555 California Street<br>San Francisco, California 94104 |
| 5 | Telephone:    415 439-1400<br>Facsimile:    415 439-1500 |



**FILED**

DEC -- 2 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

6  *Attorneys for Defendant*
7  *LBREP Lakeside SC Master I, LLC*

8          **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

9                    **COUNTY OF LOS ANGELES**

10

ADV 08· 0149 **BY FAX**

| | | |
|---|---|---|
| 11 | GRAMERCY WAREHOUSE FUNDING<br>I LLC, | Case No. BC397750 |
| 12 | | **NOTICE OF FILING OF NOTICE OF** |
| 13 | Plaintiff, | **REMOVAL UNDER 28 U.S.C. § 1452(a)**<br>**AND RULE 9027 OF THE FEDERAL** |
| | vs. | **RULES OF BANKRUPTCY PROCEDURE** |
| 14 | | |
| 15 | LBREP/L-SUNCAL MASTER I LLC;<br>SCC ACQUISITIONS, INC.; SCC | Judge:    Hon. Mary Ann Murphy<br>Dept:      25 |
| 16 | ACQUISITIONS, LLC; SCC RANCH<br>VENTURES, LLC; LBREP LAKESIDE | Action Filed: Sept. 9, 2008 |
| 17 | SC MASTER I, LLC; BRUCE ELIEFF;<br>and DOES 1 through 100, inclusive, | Trial Date:   None set |
| 18 | Defendants. | |

19

20          **TO THE ABOVE ENTITLED COURT, THE CLERK OF THE COURT AND ALL**

21  **PARTIES IN THE ABOVE CAPTIONED ACTION:**

22          **PLEASE TAKE NOTICE** that LBREP Lakeside SC Master I, LLC has filed a Notice of

23  Removal of the above-captioned action, including all claims and causes of action therein, to the

24  United States Bankruptcy Court for the Central District of California, Los Angeles Division and

25  has moved to transfer the matter to the Santa Ana Division, Bankruptcy Case No. 8:08-bk-15588-

26  ES, Chapter 11. The Notice of Removal was duly filed on December 1, 2008. A true and correct

27  copy of the Notice of Removal and Motion to Transfer are attached hereto as Exhibit A and are

28  incorporated herein by this reference.

---

**NOTICE OF FILING OF NOTICE OF REMOVAL UNDER 28 U.S.C. § 452(A) AND RULE 9027 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE -- CASE NO. BC397750**

1  Thus, the above-captioned civil action, including all claims and causes of action therein, is

2  removed from the Superior Court for the State of California, County of Los Angeles (the "State

3  Court") to the United States Bankruptcy Court for the Central District of California, Los Angeles

4  Division, accompanied by a Motion to Transfer to the Santa Ana Division, Bankruptcy Case No.

5  8:08-bk-15588-ES, in accordance with Rule 9027(d) of the Federal Rules of Bankruptcy

6  Procedure. The parties shall proceed no further in the State Court unless and until the above-

7  captioned action or any portion thereof is remanded.

8  Dated: December 1, 2008                    Respectfully submitted,

9                                             KIRKLAND & ELLIS LLP

11  By: _____
                                           Mark E. McKane, State Bar No. 230552
12                                         Christopher W. Keegan, State Bar No. 232045
                                           mmckane@kirkland.com
13                                         ckeegan@kirkland.com
                                           KIRKLAND & ELLIS LLP
14                                         555 California Street
                                           San Francisco, California 94104
15                                         Telephone:      415 439-1400
                                           Facsimile:      415 439-1500
16
                                           *Attorneys for Defendant*
17                                         *LBREP Lakeside SC Master I, LLC*

- 2 -

**PROOF OF SERVICE**

I, Katherine L. Roberts, am employed in the County of San Francisco, State of California.

I am over the age of 18 and not a party to the within action; my business address is 555
California Street, San Francisco, California 94104-1501.

On December 1, 2008, I served the original of the foregoing document described as:

**NOTICE OF FILING OF NOTICE OF REMOVAL UNDER 28 U.S.C. § 1452(a) AND
RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** on the
interested parties in this action as follows:

[X]  By placing the document(s) listed above in a sealed envelope with postage thereon
fully prepaid, in the United States mail at San Francisco, California addressed as
set forth below. I am familiar with the firm's practice of collection and processing
correspondence for mailing. Under that practice it would be deposited with the
U.S. postal service on that same day with postage thereon fully prepaid in the
ordinary course of business.

[X]  By Electronic Transmission. I caused an electronic transmission (email) to be sent
to the email addresses listed for each of the parties

[ ]  By transmitting via facsimile, the document(s) listed above to the fax number set
forth above on this date before 5:00 p.m. I am aware that service is presumed
invalid unless the transmission machine properly issues a transmission report
stating the transmission is complete and without error.

**See Attached Service List**

[X]  **(STATE)** I declare under penalty of perjury under the laws of the State of
California that the above is true and correct.

[ ]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of
this court at whose direction the service was made.

Executed December 1, 2008, at San Francisco, California.

_____
Katherine L. Roberts

1

# SERVICE LIST

| **Counsel for Chapter 11 Trustee** | **Chapter 11 Trustee** |
| --- | --- |
| WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Attn: Evan D. Smiley<br>ESmiley@wgllp.com | SIEGEL, GOTTLIEB, MANGEL & LEVINE<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, California 91403<br>Attn: Alfred H. Siegel<br>ahstrustee@horwathcal.com |
| **Proposed Counsel for Joint Committee of Creditors Holding Unsecured Claims** | **Proposed Counsel for Debtors** |
| LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn: Daniel H. Reiss<br>dhr@lnbrb.com | CLARKSON, GORE & MARSELLA, APLC<br>3423 Carson Street, Suite 350<br>Torrance, California 90503<br>Attn: Scott C. Clarkson<br>sclarkson@lawcgm.com |
| **Counsel for Gramercy Warehouse Funding I, LLC** | **Counsel for Lehman Commercial Paper, Inc., as First Lien Administrative Agent for the First Lien Lenders** |
| LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn: Daniel H. Reiss<br>dhr@lnbrb.com | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>515 South Figueroa Street, 9th Floor<br>Los Angeles, California 90071<br>Attn: David Zaro<br>dzaro@allenmatkins.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Attn: Van Durrer<br>vdurrer@skadden.com | CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn: George A. Davis<br>george.davis@cwt.com |
| **Counsel for SunCal Management** | **Counsel for Superior Pipelines, Inc.** |
| WINTHROP COUCHOT<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, California 92660<br>Attn: Paul Couchot<br>pcouchot@winthropcouchot.com | KELIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP<br>4550 California Avenue, Second Floor<br>Bakersfield, California 93309<br>Attn: Thomas Scott Belden<br>sbelden@kleinlaw.com |

Proof of Service

| Counsel for the Highland Entities | Counsel for U.S. Trustee |
|---|---|
| WARNER STEVENS, L.L.P.<br>301 Commerce Street, Suite 1700<br>Fort Worth, Texas 76102<br>Attn: Michael D. Warner<br>mwarner@warnerstevens.com | OFFICE OF THE U.S. TRUSTEE<br>411 W. 4th Street, Suite 9041<br>Santa Ana, California 92701<br>Attn: Michael J. Hauser, Esq.<br>Michael.Hauser@usdoj.gov |
| **Counsel for General Electric Capital Corporation**<br><br>GLASS & GOLDBERG<br>21700 Oxnard St., Suite 430<br>Woodland Hills, California 91367<br>Attn: Marshall F Goldberg<br>mgoldberg@glassgoldberg.com | **Counsel for RBF Consulting**<br><br>RUS, MILIBAND & SMITH, APC<br>2600 Michaelson Dr Ste 700<br>Irvine, California 92612<br>Attn: Ronald Rus<br>rrus@rusmiliband.com |
| Robert P. Goe<br><br>**GOE & FORSYTHE, LLP**<br>660 Newport Center Drive, Suite 320<br>Newport Beach, California 92660<br>Attn: Robert P Goe<br>rgoe@goeforlaw.com | **Counsel for John D. Scripter dba Masonry Plus, Klassen Corporation, Landscape Development, Inc., Pacific Advanced Civil Engineering, Inc., Pacific Soils Engineering, Inc., Southwestern Equipment LLC, Van Dyke Landscaping**<br><br>LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn: Craig M Rankin<br>cmr@lnbrb.com |
| **Counsel for LBREP/L-SunCal Master I LLC; LBREP/L- SunCal McAllister Ranch, LLC; LBREP/L- SunCal McSweeny Farms, LLC; LBREP/L- SunCal Summerwind, LLC;**<br><br>LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn: Craig M Rankin<br>cmr@lnbrb.com | **Counsel for Defendants SCC Acquisitions, Inc.; SCC Acquisitions, LLC; SCC Ranch Ventures, LLC and Bruce Elieff**<br><br>MILLER BARONDESS, LLP<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, CA 90067<br>Attn: James Miller, Esq.<br>jmiller @millerbarondess.com |

3

| Counsel for Defendants LBREP/L-SUNCAL MASTER I LLC | Counsel for Plaintiff Gramercy Warehouse Funding I LLC |
|---|---|
| CLARKSON, GORE & MARSELLA, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br>Attn: Scott C. Clarkson<br>    sclarkson@lawcgm.com | QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP<br>865 Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Attn: Gary E. Gans<br>    garygans@quinnemanuel.com |

4

# EXHIBIT

# A

1  Mark E. McKane, State Bar No. 230552
   Christopher W. Keegan, State Bar No. 232045
2  mmckane@kirkland.com
   ckeegan@kirkland.com
3  KIRKLAND & ELLIS LLP
   555 California Street
4  San Francisco, California 94104
   Telephone:    415 439-1400
5  Facsimile:    415 439-1500

6  *Attorneys for Defendant*
   *LBREP Lakeside SC Master I, LLC*
7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

11

| 12  GRAMERCY WAREHOUSE FUNDING I LLC, | Related to: |
| 13  | Case No. 8:08-bk-15588-ES |
|     Plaintiff, | |
| 14  | Chapter 11 Case |
|     vs. | |
| 15  LBREP/L-SUNCAL MASTER I LLC; | (Jointly administered with Case Nos. 8:08-bk-15637-ES; 8:08-bk-15639-ES; and 8:08-bk-15640-ES) |
| 16  SCC ACQUISITIONS, INC.; SCC ACQUISITIONS, LLC; SCC RANCH | |
| 17  VENTURES, LLC; LBREP LAKESIDE SC MASTER I, LLC; BRUCE ELIEFF; | **NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION** |
| 18  and DOES 1 through 100, inclusive, | |
|     | Los Angeles County Superior Court Case No. BC397750 |
| 19  Defendants. | |
| 20  | |
| 21  | |

22         TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, ALL

23   PARTIES IN THE ABOVE-CAPTIONED STATE COURT CIVIL ACTION HEREBY

24   REMOVED, THE U.S. TRUSTEE, ALL OTHER INTERESTED PARTIES, THE CLERK

25   OF THE LOS ANGELES COUNTY SUPERIOR COURT, AND THE CLERK OF THE

26   UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF

27   CALIFORNIA:

28         PLEASE TAKE NOTICE THAT LBREP Lakeside SC Master I, LLC ("LBREP

Lakeside") submits this Notice of Removal in accordance with Rule 9027 of the Federal Rules of Bankruptcy Procedure, 28 U.S.C. § 1452(a) and 28 U.S.C. § 157(a) and respectfully represent as follows:

1. On September 9, 2008, Gramercy Warehouse Funding I LLC ("Gramercy") initiated an action in the Superior Court of the State of California in and for the County of Los Angeles, captioned *Gramercy Warehouse Funding I LLC v. LBREP/L-SunCal Master I LLC, et al.*, Case No. BC397750, by the filing of a Complaint (the "State Court Action"). The State Court Action seeks relief based on allegations of a fraudulent transfer from defendant LBREP/SunCal Master I, LLC ("SunCal Master I") in the form of a $144 million dividend.

2. On September 10, 2008, the day after Gramercy filed the State Court Action, a group of SunCal Master I creditors filed an involuntary petition under Chapter 11 of the Bankruptcy Code against it and three affiliated debtors in the United States Bankruptcy Court for the Central District of California, Santa Ana Division. *See* Case Nos. 8:08-bk-15588-ES, 8:08-15637-ES, 8:08-15639-ES, and 8:08-15640-ES (collectively the "Chapter 11 Cases".)

3. On October 30, 2008, the Bankruptcy Court approved the appointment of a Chapter 11 Trustee for the Chapter 11 Cases. On November 13, 2008, shortly after being appointed, the Trustee drafted and submitted a proposed complaint that he intends to file on behalf of SunCal Master I's estate. The proposed complaint asserts, among other allegations, a fraudulent transfer claim based upon the same $144 million dividend that underlies Gramercy's State Court Action. The Trustee has affirmatively indicated that he intends to pursue these claims on behalf of the SunCal Master I estate in the Bankruptcy Court.

4. This Notice of Removal is accompanied by a copy of the process and pleadings in the State Court Action in accordance with Rule 9027(a)(1) of the Federal Rules of Bankruptcy Procedure. The term "pleadings" is defined by Rule 7 of the Federal Rules of Civil Procedure. Copies of the above-mentioned process and pleadings are to be filed contemporaneously with this Notice of Removal. Copies of the Complaint filed in the State Court Action are attached hereto. If additional documents relating to the State Court Action are required, LBREP Lakeside will submit such documents. In addition, LBREP Lakeside is simultaneously filing a Motion to

- 2 -

1  Transfer the Action to the Bankruptcy Court of the Central District of California, Santa Ana
2  Division, where the related bankruptcy proceedings are pending.

3      5.      The State Court Action, including all claims and causes of action asserted therein,
4  is a civil action other than a proceeding before the United States Tax Court. It is not a civil action
5  by a governmental unit to enforce such governmental unit's policy or regulatory power.

6      6.      The State Court Action is a civil action that is related to the Chapter 11 Case. The
7  bankruptcy court presiding over the Chapter 11 Case has jurisdiction over each and every cause
8  of action asserted in the State Court Action under the provisions of 28 U.S.C. § 1334(b). One of
9  the defendants in the State Court Action is SunCal Master I, the debtor in the above-captioned
10  case (Case No. 8:08-bk-15588-ES) under Title 11 of the United States Code. The action is one
11  which may be removed to this court pursuant to 28 U.S.C. § 1452 and this Notice of Removal is
12  being timely filed as required by Federal Rules of Bankruptcy Procedure Rule 9027 within 90
13  days after the order for relief in the case, which was issued on or about October 30, 2008.
14  Resolution of the causes of action asserted in the State Court Action may significantly affect the
15  administration of the estate. The claims or causes of action in the State Court Action are core
16  proceedings under 28 U.S.C. § 157(b)(2)(H).

17      7.      A copy of the Notice for Removal is being filed today with the Clerk of the
18  Superior Court of the State of California in and for the County of Los Angeles, where the State
19  Court Action was initially filed.

20      8.      The State Court Action asserts only a single claim for fraudulent transfer and
21  removal of that claim and cause of action is authorized by 28 U.S.C. §§ 157, 1334, and 1452.
22  Removal is in accordance with Rule 9027 of the Federal Rules of Bankruptcy Procedure.

23      **NOW THEREFORE,** all parties to the State Court Action pending in the State Court as
24  Case No. BC397750, are **HEREBY NOTIFIED,** pursuant to Rule 9027(e) of the Federal Rules
25  of Bankruptcy Procedure, as follows:

26      Removal of the State Court Action and all claims and causes of action therein was
27  effected upon the filing of a copy of this Notice of Removal with the Clerk of the State Court
28  pursuant to Rule 9027(c) of the Federal rules of Bankruptcy Procedure. The State Court Action is

- 3 -

removed from the State Court to the United States Bankruptcy Court for the Central District of California, Los Angeles Division. The parties to the State Court Action shall proceed no further in the State Court unless and until the action is remanded by the bankruptcy court.

Dated: December 1, 2008     Respectfully submitted,

KIRKLAND & ELLIS LLP

By: _____

Mark E. McKane, State Bar No. 230552
Christopher W. Keegan, State Bar No. 232045
mmckane@kirkland.com
ckeegan@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:  415 439-1400
Facsimile:  415 439-1500

*Attorneys for Defendant*
*LBREP Lakeside SC Master I, LLC*

# EXHIBIT

# A

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Gary E. Gans (Bar No. 89537)
  garygans@quinnemanuel.com
  David M. Grable (Bar No. 237765)
  davegrable@quinnemanuel.com
  Curran M. Walker (Bar No. 251730)
  curranwalker@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Plaintiff
Gramercy Warehouse Funding I LLC

FILED
LOS ANGELES SUPERIOR COURT

SEP 09 2008

JOHN A. CLARKE, CLERK

BY CYNTHIA M. JACOBS, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| GRAMERCY WAREHOUSE FUNDING I LLC, <br><br> Plaintiff, <br><br> vs. <br><br> LBREP/L-SUNCAL MASTER I LLC; SCC ACQUISITIONS, INC.; SCC ACQUISITIONS, LLC; SCC RANCH VENTURES, LLC; LBREP LAKESIDE SC MASTER I, LLC; BRUCE ELIEFF; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.   BC397750 <br><br> **COMPLAINT FOR AVOIDANCE OF FRAUDULENT TRANSFERS UNDER UNIFORM FRAUDULENT TRANSFER ACT (CIVIL CODE § 3439.04) AND COMMON LAW** |

Plaintiff Gramercy Warehouse Funding I LLC ("Gramercy") alleges:

**SUMMARY OF ACTION**

    1.    This action arises out of Defendant LBREP/L-SunCal Master I, LLC's constructive fraudulent transfers of $144 million, for which it received no consideration, leaving it without sufficient assets to conduct its business. LBREP/L-SunCal Master I, LLC ("Borrower") made the transfers using loan proceeds obtained through financing arrangements purportedly designed to fund successful development of four real estate projects in Southern California (the "Development Projects").

Exhibit A
5

COMPLAINT

1    2.    On February 6, 2006, Gramercy purchased a $45 million note, as part of a
2    Second Lien Credit Facility for Borrower, to help finance the Development Projects. On
3    information and belief, proceeds from this Second Lien Credit Facility, along with proceeds from
4    a First Lien Credit Facility, were used to pay $144 million to one or more of the other defendants
5    as return of equity and payment of dividends.

6    3.    Borrower did not receive reasonably equivalent value in exchange for the $144
7    million transferred to other parties; indeed, given the nature of the transfers, Borrower received
8    nothing in exchange.

9    4.    At the time it transferred the funds, Borrower (a) was engaged or was about to
10   engage in a business for which its remaining assets were unreasonably small in relation to the
11   business; and/or (b) intended to incur, or believed or reasonably should have believed it would
12   incur, debts beyond it ability to pay as they became due.

13   5.    Within months of transferring the funds, Borrower notified Gramercy and other
14   lenders that it would need a substantial additional infusion of cash to be able to continue to
15   develop the Development Projects.

16   6.    Gramercy Investment Trust ("Gramercy Trust") purchased a $16.8 million note
17   as part of a Third Lien Credit Facility for Borrower. Shortly thereafter, Gramercy, Gramercy
18   Trust and other lenders learned that Borrower was in default on its loans from Gramercy,
19   Gramercy Trust and others, that their loans would not be repaid, and that Borrower was
20   abandoning the Development Projects.

21

22                                        **PARTIES**

23   7.    Gramercy is a limited liability company organized under the laws of Delaware
24   with its principal place of business in New York.

25   8.    Upon information and belief, Borrower is a limited liability company organized
26   under the laws of Delaware with its principal place of business in California.

27

28

COMPLAINT

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
  Auto (22)—Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)
**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach—Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book account) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*
**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-
      domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late
      Claim
    Other Civil Petition

**(CITA● JUDICIAL** ORIGINAL ●

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(A'/ISO AL DEMANDADO):*
LBREP/L-SUNCAL MASTER I LLC; SCC ACQUISITIONS, INC.;
SCC ACQUISITIONS, LLC; SCC RANCH VENTURES, LLC; LBREP
LAKESIDE SC MASTER I, LLC; BRUCE ELIEFF; and DOES 1
through 100, inclusive,

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

SEP 09 2008

John A. Clarke, Executive Officer/Clerk

By _____, Deput

CYNTHIA M. JACOBS

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
GRAMERCY WAREHOUSE FUNDING I LLC

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* <br> Los Angeles Superior Court - State of California <br> 111 North Hill Street <br> Los Angeles, CA <br><br> CENTRAL JUDICIAL DISTRICT | CASE NUMBER: *(Número del Caso):* <br> BC397750 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Gary E. Gans (89537)      T: 213-443-3000    F: 213-443-3100
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

DATE: SEP 09 2008     John A. Clarke     **CYNTHIA JACOBS**
*(Fecha)*           Clerk, by _____, Deputy
                 *(Secretario)*           *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

*[SEAL]*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
SUMMONS
Legal Solutions Plus
Code of Civil Procedure §§ 412.20, 465

Exhibit B
21

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, nd address)*: | FOR COURT USE ONLY |
|---|---|
| Curran M. Walker, Esq. (#251730) <br> QUINN EMANUEL URQUHART OLIVER & HEDGES <br> 865 South Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> TELEPHONE NO. (213) 443-3000 FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)* <br> ATTORNEY FOR *(Name)* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | |
|---|---|
| STREET ADDRESS: 111 North Hill Street | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Los Angeles, CA 90012 | |
| BRANCH NAME: Central District | |

| PLAINTIFF/PETITIONER: GRAMERCY WAREHOUSE FUNDING I LLC | CASE NUMBER: <br> BC 397 750 |
|---|---|
| DEFENDANT/RESPONDENT: LBREP/L-SUNCAL MASTER I LLC | |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No. |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: Notice of Case Assignment; Civil Case Cover Sheet Addendum,

3. a. Party served *(specify name of party as shown on documents served)*:
   LBREP LAKESIDE SC MASTER I LLC

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Olivia Arsenault, authorized to receive service of process

4. Address where the party was served:
   3500 West Olive Avenue, Suite 650, Burbank, CA 91505

5. I served the party *(check proper box)*
   a. ☑ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Sept. 10, 2008 (2) at *(time)*: 11:48 a.m.
   b. ☐ by substituted service. On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 (Rev. January 1, 2007)

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10 <br> American LegalNet, Inc. <br> www.FormsWorkflow.com

Exhibit B
22

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

   (1) on *(date):*        (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* LBREP LAKESIDE SC MASTER I LLC,
      under the following Code of Civil Procedure section:

   | | |
   |---|---|
   | ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | | ☐ other: |

7. Person who served papers
   a. Name: Mark Shurlock, Now Legal Service
   b. Address: 1301 West 2nd Street, Suite 101, Los Angeles, CA 90026
   c. Telephone number: (213) 482-1567
   d. The fee for service was: $ 39.50
   e. I am:

   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☑ a registered California process server:
      (i) ☐ owner ☑ employee ☐ independent contractor.
      (ii) Registration No.: 5426
      (iii) County: Los Angeles

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: September 10, 2008

Mark Shurlock
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _(signature)_ (SIGNATURE )

**PROOF OF SERVICE OF SUMMONS**

Exhibit B
23

# PROOF OF SERVICE

I, Katherine L. Roberts, am employed in the County of San Francisco, State of California.

I am over the age of 18 and not a party to the within action; my business address is 555

California Street, San Francisco, California 94104-1501.

On December 1, 2008, I served the original of the foregoing document described as:

**NOTICE OF REMOVAL OF SATE COURT CIVIL ACTION AND DEFENDANT**

**LBREP LAKESIDE SC MASTER I, LLC'S RULE 7.1 DISCLOSURE STATEMENT** on

the interested parties in this action as follows:

[X] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

[X] By Electronic Transmission. I caused an electronic transmission (email) to be sent to the email addresses listed for each of the parties

[ ] By transmitting via facsimile, the document(s) listed above to the fax number set forth above on this date before 5:00 p.m. I am aware that service is presumed invalid unless the transmission machine properly issues a transmission report stating the transmission is complete and without error.

### See Attached Service List

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed December 1, 2008, at San Francisco, California.

*Katherine L. Roberts*
Katherine L. Roberts

1
**Proof of Service**

**SERVICE LIST**

| Counsel for Chapter 11 Trustee | Chapter 11 Trustee |
|---|---|
| WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Attn:  Evan D. Smiley<br>      ESmiley@wgllp.com | SIEGEL, GOTTLIEB, MANGEL & LEVINE<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, California 91403<br>Attn:  Alfred H. Siegel<br>      ahstrustee@horwathcal.com |
| **Proposed Counsel for Joint Committee of Creditors Holding Unsecured Claims** | **Proposed Counsel for Debtors** |
| LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn:  Daniel H. Reiss<br>      dhr@lnbrb.com | CLARKSON, GORE & MARSELLA, APLC<br>3423 Carson Street, Suite 350<br>Torrance, California 90503<br>Attn:  Scott C. Clarkson<br>      sclarkson@lawcgm.com |
| **Counsel for Gramercy Warehouse Funding I, LLC** | **Counsel for Lehman Commercial Paper, Inc., as First Lien Administrative Agent for the First Lien Lenders** |
| LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn:  Daniel H. Reiss<br>      dhr@lnbrb.com | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>515 South Figueroa Street, 9th Floor<br>Los Angeles, California 90071<br>Attn:  David Zaro<br>      dzaro@allenmatkins.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Attn:  Van Durrer<br>      vdurrer@skadden.com | CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn:  George A. Davis<br>      george.davis@cwt.com |
| **Counsel for SunCal Management** | **Counsel for Superior Pipelines, Inc.** |
| WINTHROP COUCHOT<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, California 92660<br>Attn:  Paul Couchot<br>      pcouchot@winthropcouchot.com | KELIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP<br>4550 California Avenue, Second Floor<br>Bakersfield, California 93309<br>Attn:  Thomas Scott Belden<br>      sbelden@kleinlaw.com |

2

| | |
|---|---|
| **Counsel for the Highland Entities**<br><br>WARNER STEVENS, L.L.P.<br>301 Commerce Street, Suite 1700<br>Fort Worth, Texas 76102<br>Attn:  Michael D. Warner<br>       mwarner@warnerstevens.com | **Counsel for U.S. Trustee**<br><br>OFFICE OF THE U.S. TRUSTEE<br>411 W. 4th Street, Suite 9041<br>Santa Ana, California 92701<br>Attn:  Michael J. Hauser, Esq.<br>       Michael.Hauser@usdoj.gov |
| **Counsel for General Electric Capital Corporation**<br><br>GLASS & GOLDBERG<br>21700 Oxnard St., Suite 430<br>Woodland Hills, California 91367<br>Attn:  Marshall F Goldberg<br>       mgoldberg@glassgoldberg.com | **Counsel for RBF Consulting**<br><br>RUS, MILIBAND & SMITH, APC<br>2600 Michaelson Dr Ste 700<br>Irvine, California 92612<br>Attn:  Ronald Rus<br>       rrus@rusmiliband.com |
| **Robert P. Goe**<br><br>**GOE & FORSYTHE, LLP**<br>660 Newport Center Drive, Suite 320<br>Newport Beach, California 92660<br>Attn:  Robert P Goe<br>       rgoe@goeforlaw.com | **Counsel for John D. Scripter dba Masonry Plus, Klassen Corporation, Landscape Development, Inc., Pacific Advanced Civil Engineering, Inc., Pacific Soils Engineering, Inc., Southwestern Equipment LLC, Van Dyke Landscaping**<br><br>LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn:  Craig M Rankin<br>       cmr@lnbrb.com |
| **Counsel for LBREP/L-SunCal Master I LLC; LBREP/L- SunCal McAllister Ranch, LLC; LBREP/L- SunCal McSweeny Farms, LLC; LBREP/L- SunCal Summerwind, LLC;**<br><br>LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn:  Craig M Rankin<br>       cmr@lnbrb.com | **Counsel for Defendants SCC Acquisitions, Inc.; SCC Acquisitions, LLC; SCC Ranch Ventures, LLC and Bruce Elieff**<br><br>MILLER BARONDESS, LLP<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, CA  90067<br>Attn:  James Miller, Esq.<br>       jmiller @millerbarondess.com |

3

| Counsel for Defendants LBREP/L-SUNCAL MASTER I LLC | Counsel for Plaintiff Gramercy Warehouse Funding I LLC |
|---|---|
| CLARKSON, GORE & MARSELLA, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br>Attn: Scott C. Clarkson<br>    sclarkson@lawcgm.com | QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP<br>865 Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Attn: Gary E. Gans<br>    garygans@quinnemanuel.com |

4