QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Gary E. Gans (Bar No. 89537)
  David M. Grable (Bar No. 237765)
  Curran M. Walker (Bar No. 251730)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Gramercy Warehouse Funding I, LLC

FILED
DEC 12 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LBREP/L-SUNCAL MASTER I, LLC, et al.,<br><br>Debtor.<br>_____<br>GRAMERCY WAREHOUSE FUNDING I LLC,<br><br>Plaintiff,<br>vs.<br><br>LBREP/L-SUNCAL MASTER I LLC; SCC ACQUISITIONS, INC.; SCC ACQUISITIONS, LLC; SCC RANCH VENTURES, LLC; LBREP LAKESIDE SC MASTER I, LLC; BRUCE ELIEFF; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:08-bk-15588-ES<br><br>Chapter 11 Case<br><br>(Jointly Administered with Case Nos. 8:08-bk-15637-ES; 8:08-bk-15639-ES; and 8:08-bk-15640-ES)<br><br>Adv. No. 8:08-ap-01492-ES<br><br>**GRAMERCY'S STATEMENT RE: NOTICE OF REMOVAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027 AND RESERVATION OF RIGHTS** |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, ALL PARTIES IN THE ABOVE-CAPTIONED CIVIL ACTION, THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

Plaintiff Gramercy Warehouse Funding I, LLC ("Gramercy"), submits its Statement Re: Notice of Removal Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3).

On September 9, 2008, Gramercy filed a complaint (the "Complaint"), captioned *Gramercy Warehouse Funding I LLC v. LBREP/L-SunCal Master I LLC, et al.*, Case No. BC397750,

277561.1                                                                                          STATEMENT RE: NOTICE OF REMOVAL

commencing a civil action (the "State Court Action") in the Superior Court of California for the County of Los Angeles. In the Complaint, Gramercy asserts one cause of action to avoid and recover the transfer of $144 million to the defendants as a fraudulent transfer under California Civil Code § 3439.04 and common law.

On September 10, 2008, involuntary petitions under the chapter 11 of the Bankruptcy Code were filed against LBREP/L-SunCal Master I LLC (the "Parent Debtor") and certain of the Parent Debtor's subsidiaries (collectively, the "Debtors") in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, Case Nos. 8:08-bk-15588-ES, 8:08-bk-15637-ES, 8:08-bk-15639-ES, and 8:08-bk-15640-ES (collectively, the "Bankruptcy Cases").

On October 30, 2008, the Bankruptcy Court entered an order for relief in the Bankruptcy Cases and an order directing the appointment of a chapter 11 trustee. Thereafter, Alfred H. Siegel was appointed as the chapter 11 trustee (the "Trustee").

On December 1, 2008, LBREP Lakeside SC Master I, LLC ("Lehman Lakeside"), a defendant in the State Court Action, filed a Notice of Removal of State Court Civil Action (the "Removal Notice") and removed the State Court Action to the United States Bankruptcy Court for the Central District of California, Los Angeles Division.[1] In the Removal Notice, Lehman Lakeside asserts that the State Court Action is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(H).[2]

//
//
//
//
//

---

[1] On December 12, 2008, Lehman Lakeside filed a motion to transfer the State Court Action to the Santa Ana Division. While no order has been entered granting the transfer motion, according to the docket, the State Court Action is pending before this Court.

[2] Gramercy does not concede that removal was proper, and reserves all rights as to assertions of proper forum for the action.

277561.1

2     STATEMENT RE: NOTICE OF REMOVAL

Gramercy denies that the claims asserted in the State Court Action are core proceedings within the meaning of 28 U.S.C. §§ 157(b)(2)(A)-(C) and (K), and 1334, and does consent to the entry of final orders or judgments by this Court.

DATED: December 11, 2008

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Gary E. Gans
Attorneys for Plaintiff
Gramercy Warehouse Funding I, LLC

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 11, 2008, I served true copies of the following document(s) described as

**GRAMERCY'S STATEMENT RE: NOTICE OF REMOVAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 90207 AND RESERVATION OF RIGHTS,**

on the parties in this action as follows:

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 11, 2008, at Los Angeles, California.

_____
Christine Parga

04313/2002584.1

| | |
|---|---|
| 1 | SERVICE LIST |

| Counsel for Chapter 11 Trustee | Chapter 11 Trustee |
|---|---|
| WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Attn: Evan D. Smiley<br>ESmiley@wgllp.com | SIEGEL, GOTTLIEB, MANGEL & LEVINE<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, California 91403<br>Attn: Alfred H. Siegel<br>ahstrustee@horwathcal.com |
| **Proposed Counsel for Joint Committee of Creditors Holding Unsecured Claims** | **Proposed Counsel for Debtors** |
| LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn: Daniel H. Reiss<br>dhr@lnbrb.com | CLARKSON, GORE & MARSELLA, APLC<br>3423 Carson Street, Suite 350<br>Torrance, California 90503<br>Attn: Scott C. Clarkson<br>sclarkson@lawcgm.com |
| **Counsel for Gramercy Warehouse Funding I, LLC** | **Counsel for Lehman Commercial Paper, Inc., as First Lien Administrative Agent for the First Lien Lenders** |
| LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn: Daniel H. Reiss<br>dhr@lnbrb.com | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>515 South Figueroa Street, 9th Floor<br>Los Angeles, California 90071<br>Attn: David Zaro<br>dzaro@allenmatkins.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Attn: Van Durrer<br>vdurrer@skadden.com | CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn: George A. Davis<br>george.davis@cwt.com |
| **Counsel for SunCal Management** | **Counsel for Superior Pipelines, Inc.** |
| WINTHROP COUCHOT<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, California 92660<br>Attn: Paul Couchot<br>pcouchot@winthropcouchot.com | KELIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP<br>4550 California Avenue, Second Floor<br>Bakersfield, California 93309<br>Attn: Thomas Scott Belden<br>sbelden@kleinlaw.com |

| | |
|---|---|
| **Counsel for the Highland Entities**<br><br>WARNER STEVENS, L.L.P.<br>301 Commerce Street, Suite 1700<br>Fort Worth, Texas 76102<br>Attn: Michael D. Warner<br>       mwarner@warnerstevens.com | **Counsel for U.S. Trustee**<br><br>OFFICE OF THE U.S. TRUSTEE<br>411 W. 4th Street, Suite 9041<br>Santa Ana, California 92701<br>Attn: Michael J. Hauser, Esq.<br>       Michael.Hauser@usdoj.gov |
| **Counsel for General Electric Capital Corporation**<br><br>GLASS & GOLDBERG<br>21700 Oxnard St., Suite 430<br>Woodland Hills, California 91367<br>Attn: Marshall F Goldberg<br>       mgoldberg@glassgoldberg.com | **Counsel for RBF Consulting**<br><br>RUS, MILIBAND & SMITH, APC<br>2600 Michaelson Dr Ste 700<br>Irvine, California 92612<br>Attn: Ronald Rus<br>       rrus@rusmiliband.com |
| Robert P. Goe<br><br>**GOE & FORSYTHE, LLP**<br>660 Newport Center Drive, Suite 320<br>Newport Beach, California 92660<br>Attn: Robert P Goe<br>       rgoe@goeforlaw.com | **Counsel for John D. Scripter dba Masonry Plus, Klassen Corporation, Landscape Development, Inc., Pacific Advanced Civil Engineering, Inc., Pacific Soils Engineering, Inc., Southwestern Equipment LLC, Van Dyke Landscaping**<br><br>LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn: Craig M Rankin<br>       cmr@lnbrb.com |
| **Counsel for LBREP/L-SunCal Master I LLC; LBREP/L- SunCal McAllister Ranch, LLC; LBREP/L- SunCal McSweeny Farms, LLC; LBREP/L- SunCal Summerwind, LLC;**<br><br>LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Attn: Craig M Rankin<br>       cmr@lnbrb.com | **Counsel for Defendants SCC Acquisitions, Inc.; SCC Acquisitions, LLC; SCC Ranch Ventures, LLC and Bruce Elieff**<br><br>MILLER BARONDESS, LLP<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, CA 90067<br>Attn: James Miller, Esq.<br>       jmiller@millerbarondess.com |

Service List

| Counsel for Defendants LBREP/L-SUNCAL MASTER I LLC | Counsel for Defendant LBRIP Lakeside SC Master I, LLC |
|---|---|
| CLARKSON, GORE & MARSELLA, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br>Attn: Scott C. Clarkson<br>     sclarkson@lawcgm.com | KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Attn: Mark E. McKane<br>     mmckane@kirkland.com<br>     Christopher W. Keegan<br>     ckeegan@kirkland.com |

09312/2730554.1